AO 455(Rev. 5/85) Waiver of Indictment


FILED
JUL 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE MIGUEL URETA-MORENO | CASE NUMBER: 08CR2206-JAH |

I, JOSE MIGUEL URETA-MORENO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  7/3/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Miguel Ureta M._
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER